# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CATHERINE CRAINE,

        Plaintiff,

-vs-                                            Case No. 6:07-cv-1615-Orl-28UAM

CENTRAL FLORIDA NEUROLOGY, P.A.,
DR. NAJEEB ZUBERI,

        Defendants.

___

# ORDER

This case is before the Court on Defendant Central Florida Neurology, P.A.'s Motion for Relief from Judgment (Doc. 25) filed November 12, 2008; Defendant Zuberi's Motion for Relief from Judgment (Doc. 26) filed November 12, 2008; Plaintiff's Motion for Sanctions (Doc. 27) filed November 12, 2008; Defendants' Motion to Stay Proceedings (Doc. 28) filed November 12, 2008; Defendants' Motion for Protective Order (Doc. 45) filed January 22, 2009; Plaintiff's Motion for Writ of Execution after Judgment (Doc. 47) filed January 28, 2009; Plaintiff's Motion for Sanctions (Doc. 48) filed February 6, 2009; and Plaintiff's Motion for Writ of Garnishment After Judgment (Doc. 50) filed February 23, 2009. The United States Magistrate Judge has submitted a report recommending that the motions filed at docket entries 25, 26, 28, and 45 be denied; that the motions at docket entries 27 and 48 be granted in part and denied in part; and the motions at docket entries 47 and 50 be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 3, 2009 (Doc. No. 51) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Central Florida Neurology's Motion for Relief from Judgment (Doc. 25) is **DENIED**.

3. Najeeb Zuberi's Motion for Relief from Judgment (Doc. 26) is **DENIED**.

4. Defendants' Motion to Stay Proceedings to Enforce a Judgment (Doc. 28) is **DENIED**.

5. Defendants' Motion for Protective Order Against Plaintiff's Request for Entry of Property (Doc. 45) is **DENIED**.

6. Plaintiff's Motions for Sanctions (Doc. 27 and 48) are **GRANTED in part** and **DENIED in part**. No sanctions are imposed against Defendants at this time; however, Defendants shall respond to Plaintiff's post-judgment discovery within eleven (11) days from the date of this Order.

7. Plaintiff's Motion for Writ Of Execution After Judgment Against Defendant Najeeb Zuberi (Doc. 47) is **GRANTED** to allow Plaintiff to enforce the Judgment entered against the Defendants. The Clerk shall issue the Writ of Execution attached to this Order.

8. Plaintiff's Motion for Writ of Garnishment After Judgment Against Central Florida Neurology, P.A. (Doc. 50) is **GRANTED** to allow Plaintiff to enforce the Judgment

entered against the Defendants. Plaintiff shall pay $100.00 into the registry of this Court as required by Florida Statutes § 77.28. On payment of the $100.00 and the statutory fee provided by Florida Statutes § 28.24(10), the Clerk shall issue the Writ of Garnishment attached to this Order.

The following motions were not addressed in the Report and Recommendation: (Doc. 40) Plaintiff's Motion to Dismiss Defendants' Purported Counterclaim; (Doc. 44) Plaintiff's Amended Motion Requesting Leave to File a Supplemental Motion for Post Judgment Attorney's fees and costs; and (Doc. 52) Plaintiff's Motion for Sanctions Against Defendant Dr. Najeeb Zuberi Pursuant to Rule 37(d), Federal Rules of Civil Procedure.

Defendants have not filed a response to Plaintiff's Motion to Dismiss Defendants' Purported Counterclaim (Doc. 40). The judgment entered by this Court on June 23, 2008, put an end to this cause of action. See Jenkins *ex rel.* Jenkins v. Florida, 931 F. 2d 1469, 1472 (11th Cir. 1991). There being no outstanding complaint, there cannot now be an Answer, Affirmative Defenses and a Counterclaim. The Motion to Dismiss is **GRANTED**. The Amended Answers, Affirmative Defenses and Counterclaim filed by the Defendants (Doc. Nos. 31,32) are dismissed.

Defendants do not oppose Plaintiff's Amended Motion Requesting Leave to File a Supplemental Motion for Post Judgment Attorney's Fees and Costs (Doc. 44) (See footnote 1). Accordingly, Plaintiff's Motion is **GRANTED**. Plaintiff may file a Supplemental Motion for Post Judgment Attorney's Fees and Costs within eleven (11) days from the date of this Order.

Finally, the response to Plaintiff's Motion for Sanctions Against Defendant Dr. Najeeb Zuberi (Doc. 52) is due March 27, 2009. The Court will address this motion after the time for Defendant's response has run.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___ day of March, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:07-CV-1615-ORL-28GJK

CATHERINE CRAINE,

    Plaintiff,

vs.

CENTRAL FLORIDA
NEUROLOGY, P.A. and DR.
NAJEEB ZUBERI,

    Defendants.
_____/

## WRIT OF EXECUTION

THE STATE OF FLORIDA

To the United States Marshal:

YOU ARE COMMANDED to levy upon the property of NAJEEB ZUBERI subject to execution of a (1) 2007 Ferrari Coupe (VIN ZFFFC60A270150846; (2) 2007 Aston Martin DB9 (VIN SCFAD02A07GB08882); (3) 2008 BMW M3 Coupe (VIN WBSWD935X8PY41409); (4) 2008 General Motors Cargo Van Wagon (VIN 1GDFG154681127022); and (5) all property subject to execution in the sum of $25,727.38 with interest at 11% a year from January 28, 2009 until paid and to have this writ before the court when satisfied.

    WITNESS my hand and the Seal of this Court on _____, 2009

                                                  Sheryl L. Loesch

                                                  As Clerk of the Court

                                                  By: _____

                                                  As Deputy Clerk of Court

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:07-CV-1615-ORL-28GJK

CATHERINE CRAINE,

           Plaintiff,

vs.

CENTRAL FLORIDA NEUROLOGY,
P.A., and DR. NAJEEB ZUBERI,

           Defendants.
_____/

## WRIT OF GARNISHMENT

THE STATE OF FLORIDA

To the United States Marshal:

    YOU ARE COMMANED to summon the garnishee, SUNTRUST BANK, to serve an answer to this writ on Scott C. Adams, Esq., The Plaintiffs' attorney, whose address is 112 East Concord Street, Orlando, Florida 32801, within 20 days after service on garnishee, exclusive of the day of service, and to file the original with the clerk of this Court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to defendant, CENTRAL FLORIDA NEUROLOGY, P.A., at the time of the service of the writ, or any time between such times, and in what sum and what tangible and intangible personal property of the defendant, CENTRAL FLORIDA NEUROLOGY, P.A., the garnishee is in possession or control at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether garnishee knows of any other person indebted to the defendant, CENTRAL FLORIDA NEUROLOGY, P.A., or who may be in possession or control of any of the property of the defendant. The amount set in plaintiffs' motion is $25,727.38.

    WITNESS my hand and the Seal of this Court on _____, 2009

                                      Sheryl L. Loesch

                                      As Clerk of the Court

                                      By: _____

                                      As Deputy Clerk of Court