# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CATHERINE CRAINE,

    Plaintiff,

-vs-                                          Case No. 6:07-cv-1615-Orl-28GJK

CENTRAL FLORIDA NEUROLOGY, P.A.,
DR. NAJEEB ZUBERI,

    Defendants.

---

## ORDER

This case is before the Court on three motions: 1) Plaintiff's Motion for Sanctions Against Defendant, Dr. Najeeb Zuberi, Pursuant to Rule 37(d), Federal Rules of Civil Procedure (Doc. No. 52) filed March 10, 2009; 2) Plaintiff's Motion for Post Judgment Attorney's Fees and Costs (Doc. No. 56) filed April 2, 2009; and 3) Plaintiff's Motion to Hold Defendants in Civil Contempt for Failure to Comply with Orders of this Court (Doc. No. 61) filed April 23, 2009. The United States Magistrate Judge has submitted a report recommending that the motions be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed July 14, 2009 (Doc. No. 69) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Sanctions Against Defendant, Dr. Najeeb Zuberi, Pursuant to Rule 37(d), Federal Rules of Civil Procedure (Doc. 52) is **Granted.**

3. Plaintiff's Motion for Post Judgment Attorney's Fees and Costs (Doc. No. 56) is **Granted.**

4. Plaintiff's Motion to Hold Defendants in Civil Contempt For Failure To Comply with Orders of this Court is **Granted**.

5. Defendants Dr. Najeeb Zuberi and Central Florida Neurology, P.A. are found to be in civil contempt of this Court's Orders.

6. Plaintiff is awarded $1,550.00 in attorney's fees and costs for Defendant Dr. Zuberi's failure to appear at his scheduled deposition and against Dr. Zuberi (Doc. No. 52).

7. Plaintiff is awarded $7,055.00 in Post Judgment attorney's fees and costs against both Defendants (Doc. No. 56).

8. A Writ of Garnishment was issued in this case (Doc. 55) and dissolved (Doc. 67). It is unclear to the Court the status of the original judgment in light of the Garnishment. Further, Plaintiff has an additional motion for attorney's fees pending at docket entry 70. Accordingly, the parties are ordered to appear for a hearing on **Friday, October 2, 2009 at 1:30 p.m.** At this hearing, Plaintiff shall be prepared to inform the Court of the status of the collection of the original judgment in this case, and sanctions to be imposed for Defendants' civil contempt. Defendant Dr. Zuberi shall be prepared to answer to his civil contempt for failure to appear at his scheduled deposition, and to agree to another date for his deposition if the Court deems it is still required. Both Defendants shall be prepared to answer to their

civil contempt for failure to abide by this Court's Orders. Judgment on the fees and costs awarded herein is reserved until further order of this Court.

DONE and ORDERED in Chambers, Orlando, Florida this ___16___ day of September, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party